No. 01–7906. McCollum v. Kemna, Superintendent, Crossroads Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 01–7910. Fisher v. Miller, Superintendent, Pendleton Correctional Facility. C. A. 7th Cir. Certiorari denied.

No. 01–7911. Gowan v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–7912. Berkson v. DelMonte Corp. et al. C. A. 1st Cir. Certiorari denied.

No. 01–7913. Baker v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–7915. Bertone v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–7920. Daniel v. Scott, Warden. C. A. 10th Cir. Certiorari denied.

No. 01–7921. Benson v. Calbone, Warden. C. A. 10th Cir. Certiorari denied.

No. 01–7922. Edwards v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–7925. Reeder v. City of Paris et al. C. A. 5th Cir. Certiorari denied.

No. 01–7926. Hedrick v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 01–7927. Britt v. Campbell, Warden, et al. Ct. App. Tenn. Certiorari denied.

No. 01–7933. Bell v. Larkins, Superintendent, State Correctional Institution at Dallas, et al. C. A. 3d Cir. Certiorari denied.

No. 01–7937. Bright v. Phillips, Warden. C. A. 6th Cir. Certiorari denied.